AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Rigoberto Lopez-Fuentes

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07M29A

I, Mr. Lopez-Fuentes, charged in a ☒ complaint ☐ petition pending in this District with Illegal Re-entry in violation of Title 8, U.S.C., 1326,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

[signature]
*Defendant*

3-14-7
*Date*

[signature]
*Counsel for Defendant*