1294209

RECEIVED
U.S. MARSHALS SERVICE
MAR - 6 2007

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF District of Rhode Island

UNITED STATES OF AMERICA

v.

RIGOBERTO LOPEZ-FUENTES

## WARRANT FOR ARREST

CASE NUMBER: 1:07-M-29A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RIGOBERTO LOPEZ-FUENTES
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

3/6/07 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Suffolk Cty Jail by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/06/2007 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 03/14/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.