AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
APR 06 2007
Clerk of U.S. District Court
District of Rhode Island

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

RIGOBERTO LOPEZ-FUENTES

## WAIVER OF INDICTMENT

CASE NUMBER: CR07-51S

I, RIGOBERTO LOPEZ-FUENTES, the above named defendant, who is accused of

ILLEGAL REENTRY HAVING BEEN PREVIOUSLY DEPORTED

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-10-07 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

RIGOBERTO LOPEZ-FUENTES
*Defendant*

KEVIN J. FITZGERALD
*Counsel for Defendant*

Before
*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.