UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | |
| | ) | CR07-51S |
| RIGOBERTO LOPEZ-FUENTES | ) | |

---

## MOTION TO CONTINUE SENTENCING

Now comes Rigoberto Lopez-Fuentes, the Defendant in the above captioned matter, and hereby moves this Honorable Court to continue the sentencing in this case, presently scheduled for July 6, 2007, for a period of sixty days. In support of this motion, counsel states that the requested time is needed to fully investigate the dated convictions in Mr. Lopez-Fuentes's PSR.

The government, through AUSA Stephanie S. Browne, indicates that it has no objection to the granting of this motion.

Respectfully submitted
Rigoberto Lopez-Fuentes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on June 12, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | |
| | ) | CR07-51S |
| RIGOBERTO LOPEZ-FUENTES | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Lopez-Fuentes has moved to continue his sentencing hearing for a period of sixty days. Mr. Lopez Fuentes has pled guilty to illegal re-entry, under 8 U.S.C. § 1326. The draft PSR produced by the probation department shows two dated California convictions which drastically impact the advisory guideline range. These convictions add 6 points to the criminal history calculation, and the second conviction adds 16 offense levels. Although defense counsel has received information from the government and the probation department pertaining to these convictions, the defense still lacks sufficient information to determine whether an objection to the PSR and a departure motion would be necessary and required. The additional time requested will allow the defense to complete its own investigation and proceed to sentencing properly.

Additionally, defense counsel will be out of state on July 6, 2007.

Respectfully submitted
Rigoberto Lopez-Fuentes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on June 12, 2007.

/s/ Kevin J. Fitzgerald